UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CECIL KHEMRAJ,
Individually and on behalf of all others
similarly situated,

            Plaintiff,

vs.

MERCEDES-BENZ MANHATTAN, INC.,

            Defendant.

Case No. 11 Civ. 0876 (DLI)(ALC)

**STIPULATION AND
ORDER OF DISMISSAL
WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees (other than those specified in the Settlement Agreement).

Dated: ~~April~~ May 17, 2011

| | |
|---|---|
| **The Law Offices of Abdul K. Hassan** | **Putney, Twombly, Hall & Hirson LLP** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

By: _/s/ Abdul Hassan_
Abdul K. Hassan
215-28 Hillside Avenue
Queens Village, New York 11427
(718) 740-1000

By: _/s/ James E. McGrath_
James E. McGrath, III
521 Fifth Avenue
New York, New York 10175
(212) 682-0020

**So Ordered:**

_____      _____
U.S.D.J.                                            Date